**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

---

**No. 96-20943**
**Summary Calendar**

---

**CONSUELO SALAZAR,**

**Plaintiff-Appellant,**

**VERSUS**

**FUTURE SOFT ENGINEERING, INC.,**

**Defendant-Appellee.**

---

Appeal from the United States District Court
For the Southern District of Texas
Houston Division

(H-95-CV-3128)

---

July 10, 1997

Before JONES, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

In June 1995, Salazar proceeding pro se, filed this Title VII action against her employer, Future Soft Engineering, Inc. Alleging sexual harassment and retaliatory discharge. In October 1995, Salazar retained counsel to represent her in the proceeding. In

---

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

May 1996, Future Soft Engineering filed a motion for summary judgment.  In August 1996, the district court granted Future Soft Engineering's motion for summary judgment.  Salazar filed a motion for a new trial which was denied in September 1996.  Salazar timely filed a notice of appeal from the order denying the motion for new trial.

We have carefully reviewed the briefs, the record excerpts, and relevant portions of the record itself.  For the reasons stated by the district court in its order entered under date of August 12, 1996, we affirm the trial court's decision to grant summary judgment in favor of Future Soft Engineering.  Likewise, we affirm the order of the district court entered on September 18, 1996 denying plaintiff's motion for a new trial.  **AFFIRMED**.